PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                                              Crim. No.   3:09CR39-001

Encio Tonev Encev

On _____February 20, 2014_____ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Bryan E. Jansen
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __27th__ day of __May__, 20 _15_.

United States District Judge

Rec'd 0527'15 USDcFlnGPM0242